IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
JUL 3 2018
US District Court
Western District of NC

| | |
|---|---|
| N THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN APPLICATION FOR ORDER COMMANDING FACEBOOK NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF THE SEARCH WARRANT ASSOCIATED WITH FACEBOOK USER ID USERNAME : "Joey Carroll (Mujahid Ali)/ 100001013587724" | Case No. 3:18mj210<br><br>Filed Under Seal |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Facebook, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the search warrants) of the existence of the attached warrant or related documents for a period of one year.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation or unduly delay a trial, including by: giving targets an opportunity to flee from prosecution, destroy or tamper with evidence, change patterns of behavior, and intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Facebook shall not disclose the existence of the attached search warrants, or this Order of the Court, to the listed subscribers or to any other person for a period of one year, except that Facebook may disclose the attached search warrants to an attorney for Facebook for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

7-3-18
Date

DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA